IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------ :
UNITED STATES OF AMERICA          :
                                  : CASE NO.  5:10 CR 541
              Plaintiff           :
                                  :
       -vs-                       :
                                  :
JOHN E. JOHNSON                   : ORDER ACCEPTING PLEA AGREEMENT
                                  : AND JUDGMENT
              Defendant           :
------------------------------------------------ :

UNITED STATES DISTRICT JUDGE LESLEY WELLS

    This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge William H. Baughman, Jr. regarding the change of plea hearing and plea agreement of John E. Johnson which was referred to the Magistrate Judge with the consent of the parties.

    On 16 December 2010, the government filed a one-count indictment against John E. Johnson for conspiracy to distribute marijuana in violation of 21 U.S.C. § 846. On 17 December 2010, a hearing was held in which John E. Johnson entered a plea of not guilty before then-Magistrate Judge Benita Y. Pearson.  On 19 May 2011, Magistrate Judge Baughman received John E. Johnson's plea of guilty and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. John E. Johnson is found to be competent to enter a plea. He understands his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, John E. Johnson is adjudged guilty of Count One in violation of 21 U.S.C. § 846.

IT IS SO ORDERED.

Dated: 9/2/2011

_____
UNITED STATES DISTRICT JUDGE